# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2674 Disciplinary Docket No. 3 |
| | : | |
| TIMOTHY ROBERT HOUGH | : | Board File No. C1-16-744 |
| | : | |
| | : | Attorney Registration No. 40898 |
| | : | |
| | : | (Philadelphia) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of November, 2019, upon consideration of the Joint Petition to Temporarily Suspend an Attorney, the Joint Petition is granted, and Timothy Robert Hough is placed on immediate temporary suspension until further definitive action by this Court. *See* Pa.R.D.E. 208(f)(1). It is further ordered that Respondent shall comply with all the provisions of Pa.R.D.E. 217.

    This Order constitutes an imposition of public discipline pertaining to confidentiality. *See* Pa.R.D.E. 402.